

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. PIERCE DIVISION

Case No. 09-14333-CIV-GRAHAM/WHITE

LEWIS C. NEWSON,

    Plaintiff,

vs.

SUSAN BENTON, et al.,

    Defendant.
_____/

### ORDER

**THIS CAUSE** came before the Court upon the Report of the Magistrate Judge regarding Plaintiff's Civil Rights Complaint pursuant to 42 U.S.C. §1983 [D.E. 10].

**THIS MATTER** was initiated when pro se Plaintiff Lewis Newson filed a complaint pursuant to 42 U.S.C. §1983 against the Highlands County Sheriff and Officers of Highlands County [D.E. 1]. The matter was assigned to the Honorable United States Magistrate Judge Patrick A. White pursuant to the Clerk's Notice [D.E. 8]. As the Plaintiff sought to proceed in forma pauperis [D.E. 2], the Magistrate Judge conducted an initial screening of the Plaintiff's Complaint pursuant to 28 U.S.C. § 1915. In so doing, the Magistrate Judge issued a Report recommending that the motion to proceed in forma pauperis be denied and the matter be dismissed without prejudice as Plaintiff is a multiple filer, having filed three previous cases which were dismissed for failure to state a claim

for relief [D.E. 10]. Pursuant to 28 U.S.C. §1915(g) no prisoner may bring a civil action or appeal a judgment in a civil action *in forma pauperis* if the prisoner has, on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in court of the United States that was dismissed on the grounds that it failed to state a claim upon which relief may be granted. The Plaintiff has failed to file Objections to the Magistrate's Report.

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report [D.E. 10] is hereby **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Petitioner's Motion to Proceed In Forma Pauperis [D.E. 2] is **DENIED**. It is further

**ORDERED AND ADJUDGED** that the Plaintiff's Complaint [D.E. 1] is **DISMISSED** without prejudice. It is further

**ORDERED AND ADJUDGED** that Plaintiff may move to reopen the case upon payment of the full filing fee of $350.00 within 10 days of this Order.

**ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are denied as **MOOT**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of December, 2009.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc:   U.S. Magistrate Patrick A. White

Lewis Newson, Pro Se